AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
#### EASTERN DIVISION

| | |
|---|---|
| LESLIE DARNELL MORGAN, | ) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| | ) **4:12-CV-130-D** |
| TARBORO POLICE DEPT., | ) |
| Defendant. | ) |

**Decision by the Court:**

    **IT IS ORDERED AND ADJUDGED** that in light of Plaintiff's failure to amend his complaint per Order of 10/11/2012 [D.E. 9] and to provide the court with his current mailing address, the Court DISMISSES the action without prejudice. The Clerk shall close the case.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**NOVEMBER 28, 2012**</u> WITH A COPY TO:

Leslie Darnell Morgan, Pro Se (via USPS to 700B E. Phillips Street, Tarboro, NC 27886 and P.O. Box 1312, Tarboro, NC 27886)

| | |
|---|---|
| <u>November 28, 2012</u> | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | <u>/s/ Debby Sawyer</u> |
| | (By) Deputy Clerk |

Raleigh, North Carolina